**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FLORENCE BELLA,

           Plaintiff,

           -against-

WILTON REASSURANCE LIFE OF NEW YORK,

           Defendant.

------------------------------------------------------------x

23-CV-1613 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

An initial case management conference was held in this matter on July 17, 2025. As discussed at the conference:

- The last date to amend the complaint is **Monday, June 1, 2026**;

- The deadline for fact discovery is **Monday, August 17, 2026**; and

- The parties are directed to file a joint status letter on the last business Friday of each month until the close of discovery, beginning **Friday, August 29, 2025**.

The Court will hold a status conference in this action on **Thursday, November 6, 2025, at 11:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. The parties should come to the conference prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner.

       SO ORDERED.

                                                                                            *s/ Ona T. Wang*

Dated: July 17, 2025                                                              **Ona T. Wang**
       New York, New York                                     United States Magistrate Judge