**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                  :

FLORENCE BELLA,               :

        Plaintiff,            :              23-cv-1613 (VSB) (OTW)

        -against-          :              **POST-CONFERENCE ORDER**

                                    :

WILTON REASSURANCE LIFE OF NEW YORK,  :

        Defendant.          :

                                    :

                                    :

                                    :

                                    :
------------------------------------------------------------x

        **ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **Thursday, February 05, 2026**.

As discussed at the conference, Plaintiff's motion to compel, (ECF 93) is mooted.

Accordingly, the Clerk of Court is respectfully directed to terminate ECF 93.


        **SO ORDERED.**


                                           */s/ Ona T. Wang*

Dated: February 5, 2026                     **Ona T. Wang**
       New York, New York            United States Magistrate Judge