**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLORENCE BELLA, *et al.*, Plaintiff, -against- WILTON REASSURANCE LIFE OF NEW YORK, Defendant. | 23-cv-1613 (VSB) (OTW) **POST-CONFERENCE ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **Tuesday, October 06, 2026**.

As discussed at the conference, Defendant shall file their motion for a protective order by **November 2, 2026.**

Plaintiff's opposition is due **November 23, 2026.**

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 6, 2026
New York, New York